DOWD, J.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO.   4:12CR00064-01 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Kenneth Payton | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant and his counsel, James Gentile  appeared before this Court on July 20, 2012.  Counsel for the government, Linda Barr appeared on behalf of the United States.  A report and recommendation was filed on July 10, 2012  (See docket # 9).  The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of his terms and conditions of supervised release.

IT IS ORDERED that the defendant's Supervised Release is hereby revoked and the defendant shall be committed to the custody of the Bureau of Prisons for a period of six (6) months.  Upon release from confinement the term of supervised release will terminate in this case.  The defendant is directed to be released and is granted permission to self-surrender to the U.S. Marshal in Youngstown, Ohio prior to 12:00 noon on July 27, 2012.

IT IS SO ORDERED.

  July 20, 2012                      /s/ David D. Dowd, Jr.
Date                                        David D. Dowd, Jr.

U.S. District Judge